UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE CURTIS, et al.,

    Plaintiffs,

v.

    Case No. 1:22-cv-610

    Hon. Hala Y. Jarbou

UNKNOWN WASHINGTON, et al.,

    Defendants.
_____/

## ORDER

On August 23, 2023, Magistrate Judge Sally J. Berens issued a Report and Recommendation (R&R) recommending that the Court deny Defendants' Motion for Summary Judgment based on Plaintiffs' failure to exhaust their administrative remedies (ECF No. 54). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 54) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that MDOC Defendants' Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 36) is **DENIED**.

Dated: October 2, 2023                /s/ Hala Y. Jarbou
                                                HALA Y. JARBOU
                                                CHIEF UNITED STATES DISTRICT JUDGE