UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE CURTIS, et al.,

     Plaintiffs,

                                   Case No. 1:22-cv-610

v.

                                   Hon. Hala Y. Jarbou

UNKNOWN WASHINGTON, et al.,

     Defendants.

_____/

## **ORDER**

On May 14, 2024, Magistrate Judge Sally J. Berens issued a Report and Recommendation (R&R) recommending that the Court grant Defendants' motion for summary judgment and dismiss Plaintiffs' complaint with prejudice (ECF No. 97).  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so has expired.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 97) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 87) is **GRANTED** and Plaintiffs' complaint is **DISMISSED with prejudice**.

A judgment will issue in accordance with this order.

Dated: June 14, 2024

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE